**Motion Granted; Appeal Dismissed and Memorandum Opinion filed March 30, 2023.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-20-00631-CR

---

**JEFFERY CALHOUN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 176th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1541405**

---

## MEMORANDUM OPINION

Appellant Jeffery Calhoun has signed and filed a written request to withdraw his notice of appeal. *See* Tex. R. App. P. 42.2. Because this court has not delivered an opinion, we grant appellant's request.

We dismiss the appeal. We direct the clerk of the court to issue the mandate of the court immediately. *See* Tex. R. App. P. 2.

PER CURIAM

Panel consists of Justices Jewell, Bourliot and Poissant.

Do Not Publish – Tex. R. App. P. 47.2(b)